# United States Bankruptcy Court
Northern District of Illinois

In re  Brown, Timothy Charles                     ,          Case No. _____
             Debtor

                                                           Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

[✓]  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

[ ]  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 76.50                Check one  [ ] With the filing of the petition, or
                                  [✓] On or before  January 3, 2014

$ 76.50     on or before  February 2, 2014

$ 76.50     on or before  March 4, 2014

$ 76.50     on or before  April 3, 2014

[ ]  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER
Clerk of the U.S. Bankruptcy Court

Date:  12-04-13

_____
United States Bankruptcy Judge